# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES EVERETT DUNN, JR.,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 79093

FILED

SEP 3 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order denying a petition for a writ of habeas corpus challenging extradition. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Respondent has filed a motion to dismiss this appeal as moot because appellant's Nevada sentence has expired and he has now waived extradition to Indiana. Attached to respondent's motion is a waiver of extradition signed by appellant on August 22, 2019. Accordingly, respondent's motion s granted and this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                              Silver

19-40477

cc: Hon. Linda Marie Bell, Chief Judge
James Everett Dunn, Jr.
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk